IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL JACKSON,<br>    Plaintiff<br><br>vs.<br><br>C.O. I. MURPHY, also known as JOHN DOE,<br>    Defendant | )<br>)<br>)<br>) Civil Action No. 08-585<br>) Judge Donetta W. Ambrose/<br>) Magistrate Judge Amy Reynolds Hay<br>)<br>)<br>) |

## ORDER

AND NOW, this 26th day of June, 2008, after the Plaintiff, Russell Jacskson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the partied until June 9, 2008 to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the case is transferred to the United States District Court for the Middle District of Pennsylvania FORTHWITH;

IT IS FURTHER ORDERED that Plaintiff's request for pauper status is provisionally granted until the case is transferred to the Middle District for that court to make a final determination of that request.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

*signature*
DONETTA W. AMBROSE
Chief United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Russell Jackson
HF-6013
SCI Pittsburgh
P.O. Box 99991
Pittsburgh, PA 15233